**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

**ERIC BULA**
XXX-XX-5576                                            **CASE NO: 22-18246 BKC PDR**
**MARIA BULA**                                         **CHAPTER 13**
XXX-XX-5164
_____**Debtors**_____/

**NOTICE CONTINUING DEBTORS' MOTION TO MODIFY**
**CONFIRMED PLAN**

YOU ARE HEREBY NOTIFIED that the Debtors' Motion to Modify Confirmed Plan has been continued to October 07, 2024 at 10:00 AM. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held at: U.S. Courthouse, 299 E Broward Blvd Courtroom 301 (PDR), Fort Lauderdale, FL.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 11th day of September, 2024.

Submitted by:
The Law Offices of Christian Paul Larriviere, P.A.
Counsel for the Debtor
1250 SW 27th Avenue, Suite 307
Miami, Florida 33135
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com

By: ____/s_____
Christian Paul Larriviere, Esq.
Florida Bar No: 571156

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-18246-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Mon May 13 07:55:43 EDT 2024 | (p)AR RESOURCES INC<br>PO BOX 1056<br>BLUE BELL PA 19422-0287 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555   700 Kansas Ln<br>Monroe, LA 71203 | First Federal Credit & Collections<br>Attn: Bankruptcy<br>PO Box 813787<br>Hollywood, FL 33081-3787 | (p)FIRST FEDERAL CREDIT CONTROL   INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5630 |
| First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JP Morgan Chase NA<br>c/o LOGS Legal Group LLP<br>2424 North Federal Highway, Suite 360<br>Boca Raton, Florida 33431-7780 | JPMorgan Chase Bank, National Association<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Maddocks Col<br>7373 University Ave<br>La Mesa, CA 91942-0500 | Midland Funding, LLC<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)OPORTUN  INC<br>PO BOX 560880<br>THE COLONY TX 75056-0880 | Oportun, Inc.<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Regions Bank<br>PO Box 10063<br>Birmingham, AL 35202-0063 |
| Somerset Country Club HOA<br>c/o United Community Management<br>PO Box 21607<br>Tampa, Florida 33622-1607 | US Bank Trust National Association<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | Christian P Larriviere Esq<br>Law Offices of Christian Paul Larriviere<br>1250 SW 27th Avenue<br>Ste 307<br>Miami, FL 33135-4749 |
| Eric Edgardo Bula<br>13280 SW 53rd Street<br>Miramar, FL 33027-5425 | Maria Esther Bula<br>13280 SW 53rd Street<br>Miramar, FL 33027-5425 | Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AR Resources, Inc.<br>ATTN: Bankruptcy<br>PO Box 1056<br>Blue Bell, PA 19422 | First Federal Credit Control<br>Attn: Bankruptcy<br>24700 Chagrin Blvd, Ste 205<br>Cleveland, OH 44122 | JP Morgan Chase Bank<br>POBox 24696<br>Columbus, Ohio 43224 |

```
Oportun                                 (d)Oportun
Attn: Bankruptcy                        PO Box 560248
2 Circle Star Way                       The Colony, Texas 75056-5425
San Carlos, CA 94070
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)US Bank Trust National Association, Not In    End of Label Matrix
                                                 Mailable recipients    23
                                                 Bypassed recipients     1
                                                 Total                  24
```